IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

Richard Erby
BK# 22107449
R3I# 430102
(Enter above the full name of the plaintiff
or plaintiffs in this action.)

RECEIVED
MAY - 2 2023
Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

vs.

State of Tenn, Shelby County, S.C.S.O Jail Division
Shelby County Mayor Lee Harris, Sheriff Floyd Bonner
Chief Kirk Fields, Chief Anderson
(Enter above the full name of the defendant
or defendants in this action.)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C., §1983

Refer to Attached documentation

I. Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes (X) No ( )

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit

   Plaintiffs: _____
   _____

   Defendants: _____
   _____

2. Court (if federal court, name the district; if state court, name the county): _____

3. Docket Number: _____

4. Name of judge to whom case was assigned: _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

-1-

Revised 4/18/08

II. Place of Present Confinement: S.C.S.O Jail Division @ 201 Poplar Ave MPS, TN 38103
   A. Is there a prisoner grievance procedure in the institution?
                                                                    Yes (X) No ( )
   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?                                            Yes (X) No ( )
   C. If your answer is Yes:
      1. What steps did you take? Grievance, peaceful Rally, wrote Chief, Floyd Bonner, Lee Harris 3 Classification Co-ordinator
      2. What was the result? Nothing has been done

   D. If your answer is No, explain why not: _____

III. Parties
   (In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)
   A. Name of Plaintiff Richard Eroy   BK# 22 107449
      Address 201 Poplar Ave MPS, TN 38103   S.C.S.O Jail Division

   (In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of an additional defendants.)
   B. Defendant Lee Harris, Floyd Bonner, Kirk Fields, Chief Anderson   is employed as
      500 Shelby County Officials and Officers
      at Shelby County TN of 201 Poplar Ave MPS, TN 38103 of the S.C.S.O Jail division

   C. Additional Defendants: State of Tenn. Shelby County, S.C.S.O Jail division Classification Co-ordinator

IV. Statement of Claim

   State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.

Please Refer to Attached documentations

Revised 4/18/08

( ) For Section B of Question 1. Previous Lawsuits

1st lawsuit 1.) Parties to this previous Lawsuit
Plantiffs: Richard Erby BK# 22107449  RNI# 430102
Defendants: 201 Popular Ave /Shelby County Sheriff Jail, Chief Jailer Floyd Bonner, Donna W. Randolph

2.) U.S. District Court for the Western District of Tenn. Western Division
3.) No. 22-CV-02848-SHM-tmp
4.) Samuel H. Mays Jr
5.) Still pending
6.) 11/4/22
7.) N/A

2nd Lawsuit 1.) Parties to this previous Lawsuit
Plantiffs: Richard Erby BK# 22107449  RNI# 430102
Defendants: 201 Popular Ave /SCSJ, Chief Jailer Floyd Bonner, Chief Rudd, Kitchen Director Hagslett, Enviromental Supervisor Johnson

2.) WESTERN DISTRICT OF TENN, WESTERN DIVISION
3.) NO. 22-CV-02849-SHM-tmp
4.) Samuel H. Mays Jr
5.) Still pending
6.) 11/11/22
7.) N/A

Lawsuit 1.) Parties to this previous Lawsuit
Plantiffs: Richard Erby BK# 22107449  RNI# 430102
Defendants: 201 Popular Ave, SCSJ, Chief Jailer Floyd Bonner, Chief of programs, Lt Parker, Sgt Bennet, Sgt Burks, Mark Berryhill, Counselor R. Jacobs

2.) WESTERN DISTRICT OF TENNESSE WESTERN DIVISION
3.) 22-CV-2850-SHM-tmp
4.) Samuel H. Mays Jr
5.) Still pending
6.) 11/18/22
7.) N/A

①

4th Lawsuit 1.) Parties to this Previous Lawsuit
Plantiffs:
Refer to case No#: 22-CV-02878-SHM-TMP @ 4:11 on 12/30/22

~~~~~~~~~~~~~~~~~~~~

5th Lawsuit Refer to case No#: 22-CV-02805-SHM-tmp @ 1/12/13 on 4:06 pm

~~~~~~~~~~~~~~~~~~~~

6th Lawsuit 1.) Parties to this previous lawsuit
Plantiffs: Richard Erby Bk# 2210744q RNI# 430102
Defendants: State of Tenn., Shelby County, S.C.S.O Jail Division, Shelby County Mayor Lee Harriss, Sheriff Floyd Bonner, Chief Kirkfields, Enviromental Supervisor Johnson, chief Barnett, Chief Anderson, Lt. Lee, Lt. C. Morris, Lt. Bunting, Lt. Cato, Sgt. Echols, Sgt Mourning, Sgt. Achols, Sgt Brown, Sgt dodson, Sgt Buford, officer harriss, officer V. Johnson, officer Bass, Lt. T. Mayes

2.) Western District of Tenn. Western Division
3.) N/A
4.) N/A
5.) N/A
6.) 1/16/23
7.) N/A

~~~~~~~~~~~~~~~~~~~~

7th Lawsuit Parties to this previous lawsuit
Plantiffs: Richard Erby Bk# 2210744q R3I# 430102
Defendants: State of Tenn., Shelby County, S.C.S.O Jail Division, Mayor Lee Harriss, Sheriff Floyd Bonner, Chief Kirkfields, chief Barnett, chief Rudd, chief Anderson, Chief hubbred, Capt. Talley, Capt. Harriss, Lt. Bunting, Lt. Johnson, Lt. Lee, Lt. Cato, Lt. C. Morriss, Lt. Cleaves, officer harriss, C. Young, Junior Robertson, Sgt. Jackson, Lt. Peppers

2.) Western District of Tenn. Western Division
3.) N/A
4.) N/A
5.) N/A
6.) 1/23/23
7.) N/A

(3)

( )

**8th Lawsuit** 1.) Parties to this previous Lawsuit
Plaintiffs: Richard Erby   BK# 22107449   R&I# 430102
Defendants: State of Tenn., Shelby County, S.C.S.O Jail Division, Mayor Lee Harris, Sheriff Floyd Bonner, chief Kirk fields, chief Bernett, chief Anderson, chief Ruebl, Chief Tuggle, chief Hubbard, Capt. Telle Capt. Harris, Lts. Bunting, Johnson, Lee, Cato, C. Morris, Cleaves, Jones, Parker, Peppers, Varner, — Sgts. Brown, Mourning, Echols, Dodson, Gill williams, Ackels, M. Jackson, Carwell, Bufford, Officer Harris, a.young, Freeman, Perkins, & Johnson

2.) Western District of Tenn. Western Division
3.) N/A
4.) N/A
5.) N/A
6.) 1/07/23
7.) N/A

**9th Lawsuit** 1.) Parties to this previous Lawsuit
Plaintiffs: Richard Erby   BK# 22107449   R&I# 430102
Defendants: State of Tenn., Shelby County, S.C.S.O Jail division, Mayor Lee Harris, Sheriff Floyd Bonner, chief Kirk fields, chief Anderson, chief Hubbard, chief of programs, Counselor Hilson, Counselor R. Jacobs, Counselor Mark Berryhill, Lt. C. Morris, Lt. Bunting, Lt. Jones, Lt. Cato, Sgt. Brown, Sgt. Echols, Sgt. Mourning, Sgt. Dodson

2.) Western District of Tenn. Western Division
3.) N/A
4.) N/A
5.) N/A
6.) 2/3/23
7.) N/A

**10th Lawsuit** 1.) Parties to this previous Lawsuit
Plaintiff: Richard Erby   BK# 22102449   R&I# 430102
Defendants: State of Tenn., Shelby County, S.C.S.O Jail division, Mayor Lee Harris, Sheriff Floyd Bonner, chief Kirk fields, Enviromental Johnson, chief Ruebl, chief Bernett, chief Anderson, Lt. Lee, Lt. Morris, Lt. Bunting, Lt. Cato, Lt. Johnson, Lt. Cleaves, Lt. Peppers, Sgt. Mourning, Sgt. Brown, Sgt. Dodson, Sgt. Echols, Sgt. Ackels, Gill williams, sgt. Buford, sgt. Jackson, officer harris, young, Henny   (3)

2.) WESTERN District of Tenn. WESTERN DIVISION
3.) N/A
4.) N/A
5.) N/A
6.) 2/10/23
7.) N/A

~~~~~~~~~~~

th lawsuit 1.) Parties to this previous Lawsuit
  Plantifs: Richard Erby  BK# 22107449  R&I # 430102
  Defendants: State of Tenn., Shelby County, S.C.S.O Jail division, Mayor Lee Harris, Sheriff Floyd Bonner, chief Kirk fields, chief Anderson, chief Hubbard, Well path, the new CCS SCMGC Wellpath 1283 Mufreesboro Rd suite 500 Nashville, TN 37212, Medical director Donna W. Randolph, MD, H.S.A Sanders, Nurse Armstrong.
2.) Western District of Tenn. Western Division
3.) N/A
4.) N/A
5.) N/A
6.) 2/17/23
7.) N/A

~~~~~~~~~~~

th Lawsuit 1.) Parties to this previous lawsuit
  Plantifs: Richard Erby  BK# 22107449  R&I # 430102
  Defendants: State of Tenn, Shelby County, S.C.S.O Jail division, chief Kirkfield, chief Bonnett, chief Rudd, chief Anderson, chief Hubbard, Chief Tuggle, Capt. Talley Capt. Harris, Lts- Peppers, Bunting, Lee, Johnson, Cato, C. Morris, Cleaves, Parker, Jones, Varner, - Sgts. Brown Echols, Mourning, Cochran, Burks, Gill Williams, Bennet, Carwell, Buford, Porter, Ford, Swaine, Davis, Jackson, Achels, Stuart, Officers Harriss, Jamar Robertson, Williams, Reginald wilkins, C. young. and Ect
2.) WESTERN DISTRICT of Tenn. WESTERN DIVISION
3.) N/A
4.) N/A
5.) N/A
6.) 2/24/23
7.) N/A

(4.)

My Claim is enlisted below with additional documentation in refrence to current real time problems occurring as this suit is being read and gets worses in which has been exhausted any & every solution tried from having to suffer from mental, physical, emotional, social, enviromental, and finacial injuries and damages which is energy draining, depressing, waste of time, and a waste of finances. Policies and Procedures were developed for this Shelby County Sheriff Jail which is a part of the Criminal Justice Center. Which is designed to hold suspected citizens but who has breached the standards of peace imposed by the Statutes of this State and Federally wise. This facility is a dangerous habitat and consistenly gets worse over time. There are and is Federal and State rights which violates my and any other person housed at this facility. Equal protective Rights as well as due process of the policies, procedures, and provisions set forth to mandate the continuing opening of this facility. I have been made to suffer for the actions of others which is corpal punishment. The treatment I have endured has caused me to think (mental), feel (Emotionally), and suffer (physically) bodily pains through and because of public officals Negligence & abuse of Authority & Responsibility. The treatment is inhumane and a blatant act of disorderly conduct while being accussed and incarcerated. These Correctional officers whom are employed under the State Color Act as public official. The are short on staff all the way throughout the facility, from safety & security, medical, direct and indirect supervision. I am being treated cruelly and unusually and is being entrapped due to officers negligence. I have also been threatned to Remain silence. I am requesting a Civil Investigative Demand in order to secure information to prove a False Claims Act (F.C.A.) that this entity is promoting and initiating False Reports to the Goverment. I have suffred Police Brutality and they (SCSJ) has failed in thier mission

NEXT PAGE ①

Statement: "Shelby County Sheriff Office Jail Division Shall accomadate inmates/detainees as long as it does not impose a threat to the normal operations of the facilities in which these procedures are applicable to all Shelby County Sheriff Office Jail personell and inmates."

This mission statement is not abeded by futher more the Neglect has left me in fear of losing my life. I do FEAR or Think and Feel as if my life is in imminent ~~damage~~ danger of my life.

( )  Inmate Classification Policy 347

347.00 Purpose
(A.)
(B.)
347.01 Applicability
347.04 General
(A.)
(B.)
(C.) (1) (2) (3) (4) (5) (6)
(D.)
347.05 Procedural Guidelines
(A.)
(B.) (1) (2) (3) (4) (5.) (6.)
(C.)
(D.)
(E.)
(F.)
(G.)
(H.)
(I.)
347.07 Security Classification Categories
(A.)
(B.)
(C.) (1 - A, B, C) (2) (3 - A, B, C, D)
347.08 Initial Physical and Intake Medical Assessment
(A.)
(B.)
(C.)
(D.)
347.09 Primary Classification Process
(A.)
(B.)
(C.)

①

347.11 Housing
(A)
(B)
(C)
(D)
(E)
(F)
(G)

347.14 TDOC Inmates
(A.)
(B.)
(C- 1, 2, 3, 4, 5, 6)
(D.)

347.15 Classification Reviews (Reclassification)
(A.)
(B.)
(C.)

347.16 Automatic Classification Review
(A.)
(B.)
(C.)
(D.)
(E.)
(F.)
(G.)

347.17 Classification Appeal
(A.)
(B.)
(C.)
(D.)
(E.)

( )

347.18 Overrides
(A.)
(B.)
(C.)
(D.)
(E-1,2,3,4)
347.19   Special Management Inmates
(A.)
(B.)
(C.)
347.20 Security Threat Group / High Risk Inmates
(A.1,2) (A.-1,2,3,4,5,6,7,8)
(B.)
(C.)
347.21 Processing of Security Threat Group / High Risk Inmates
(1.)
(2.)
347.22 Enemies in the Facility Keep Separates
(A.)
(B.)
(C.)
        Removal of an E.I.F
(A.)
(B.)
(C.)
(D.)
(E.)
(F.)

Please Go To BACK

(3)

Classification has delayed in Reviewing the many inmates/detainees levels in or housed at the S.C.S.O. Jail division and has allowed men who have time up to 192 years to be housed around inmates with pending charges jeopardizing and endangering my life as well as others. I am paranoid and emotionally distraught and discouraged to defend myself if I have Everything to loose where as these men have lost their Natural lives. There are Never or seldom level drops occuring as it frequently should be. They never Answer to In house Mail and have left me in a position to be Socially, mentally paranoid about other people that might be capable of harming me or Just snapping from all the time they are to serve. I have peacefully protested and tried to Grieve the issue consistently but to no avail have gained no grounds to getting something done Right.

(4)

# FEDERAL AMENDMENTS

**Amendment 1.)** Freedom of Religon, Press, and Expression

There should be no abridging or prohibiting of Free exercise to religon, the freedom of speech, Press, and the right to peacefully assemble and to petetion for a Redress of grievances towards the Groverment

**Amendment 5.)** Trial and Punishments, Compensation for takings

No person shall be subject for the same offense to be twice put in Jeopardy of life or limb; Nor compelled in any criminal Case to be a witness against himself; nor deprived of life, liberty, or property without due process of the Law

**Amendment 6.)** Right to a Speedy trial, and Confratation of witnesses

In all criminal prosecutions, the Accussed shall enjoy the Right to a speedy and public trial, by an impartial Jury of the State and district where in the crime shall have been commited, which district shall have been previously ascertained by law and to be informed of the nature and cause of the accusation; to be be confronted with the witness against him; to have compulsory process for obtaining witnesses in his favor, and to have the Assistance of counsel for his defence

**Amendment 8.)** Cruel and Unusual Punishment

Excessive bail shall not be required, nor excessive fines imposed, nor cruel and unusual punishments inflicted

**Amendment 9.)** Construction of constitution

The enumeration in the constitution, of certain Rights, Shall not be construed to deny or disparge others retained by the other people

**Amendment 13.)** Slavery Abolished (Section 1.)

Neither slavery nor servitude thats involuntary, except as a punishment for crimes whereof the party shall have been duly convicted, shall exsist within the United States, or any Place subject to their Jurisdiction

PAGE ①

Amendment 14.) Section 1.) ~~~~ Citizenship Rights

No state shall make or enforce any law which shall abridge the privelages or immunities of citizens of the United States; Nor shall any person be deprived of life, liberty, or property by any person without due process of the law; Nor deny to any person within its jurisdiction the Equal protection of the law

## TN Constitutional Rights

Article 1, Sec 8.) That no man shall be taken or imprisoned of his freehold, liberties, or privelages, outlawed, or exiled or in any manner destroyed or deprived of his life, liberty, or property but by judgement of his peers or law of the land.

Article 1, Sec 13.) No person Arrested or confined in jail shall be treated with unnecssary rigor

Article 1, Sec 16.) Nor cruel and unusual punishment inflicted

Article 1, Sec 23.) That the citizen have a right, in a peaceable manner, to assemble together for thier common good, to instruct their representives, and to apply to those invested with the powers of goverment for Redress of grievances, or other proper purposes by address of Remonstrance

Article 1, Sec 32.) That the erection of safe prisons, the inspection of prisons, and the humane treatment of prisoners, shall be provided for

Article 1, Sec 33.) That slavery and involuntarily servitude except as a punishment for crime, where of the party shall have been duly convicted, are forever prohibited in this state

> West's Tennessee Code Annotated
> Constitution of the State of Tennessee
> Article I. Declaration of Rights (Refs & Annos)

TN Const. Art. 1, § 8

§ 8. Deprivation of life, liberty or property under law; due process

Currentness

That no man shall be taken or imprisoned, or disseized of his freehold, liberties or privileges, or outlawed, or exiled, or in any manner destroyed or deprived of his life, liberty or property, but by the judgment of his peers or the law of the land.

Notes of Decisions (1200)

Const. Art. 1, § 8, TN CONST Art. 1, § 8
Current through the 2021 general election. Pursuant to §§ 1-1-110, 1-1-111, and 1-2-114, the Tennessee Code Commission certifies the final, official version of the Tennessee Code and, until then, may make editorial changes to the statutes. References to the updates made by the most recent legislative session should be to the Public Chapter and not to the T.C.A. until final revisions have been made to the text, numbering, and hierarchical headings on Westlaw to conform to the official text.

**End of Document**                                                © 2022 Thomson Reuters. No claim to original U.S. Government Works.

In order to make out an equal protection claim based upon selective enforcement, a plaintiff must establish that: (1) the person, compared with others similarly situated, was selectively treated, and (2) the selective treatment was motivated by an intention to discriminate on the basis of impermissible considerations, such as race or religion, to punish or inhibit the exercise of constitutional rights, or by a malicious or bad faith intent to injure the person. U.S.C.A. Const.Amend. 14.

In order to sustain a claim of selective enforcement in violation of equal protection by showing that the government singled a claimant for enforcement action while others who committed similar act were not subject to same enforcement, the claimant must provide proof that other non-prosecuted offenders engaged in similar conduct, that those offenders violated the same law the claimant is accused of violating, and that the magnitude of their violation was not materially different from that of the claimant. U.S.C.A. Const.Amend. 14; West's T.C.A. Const. Art. 1, § 8.

V.  **Relief**
    <u>State briefly exactly what you want the court to do for you.</u> Make no legal arguments.
    Cite no cases or statutes.

    Mental, Emotional, and social injuries/damages $ 250,000

    For Classification to abide by policy and make annual Reviews as policy
    Mandates, Classification & officers work together on a more co-ordinated
    effort to assure the safety & security of the facilitated.

VI. **Jury Demand**
    I would like to have my case tried by a jury. Yes (X) No ( ).

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of our information, knowledge, and belief.

    Signed this __3rd__ day of __March__, 20__23__.

    Richard Erby  B+I # 430102
    Richard Erby  22107449 BK#

    (Signature of Plaintiff/Plaintiffs)

-3-

Revised 4/18/08

## CERTIFICATE OF SERVICE

I __Richard Erby__, do hereby certify that an exact copy of the foregoing Motion for __Lawsuit for 1983__ was furnished to the Assistant Attorney General and to the Shelby County Criminal Court Clerk's Officer by (Via) U.S. Mail. This __24th__ day of __April__, 20__23__.

Signature: __Richard Erby__

Shelby County Detention Center
201 Poplar Avenue __1st__ Floor, __C__ POD
Memphis, TN. 38103

Subscribed and sworn before me this __24th__ day of __April__ 20__23__.

Notary Public __[signature]__

My Commission Expires __4/6/2025__

NPR# _____

SEAL

